STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

Re: LORI BRUNSON
12 ARVERNE RD
WEST ORANGE,  NJ  07052-2602

Atty: STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 19-16709

NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $15,952.20

## RECEIPTS AS OF 01/15/2021     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/16/2019 | $265.87 | 5865015000 | 06/17/2019 | $265.87 | 5942059000 |
| 07/25/2019 | $265.87 | 6038009000 | 08/27/2019 | $265.87 | 6125019000 |
| 09/23/2019 | $265.87 | 6192894000 | 12/11/2019 | $265.87 | 6396892000 |
| 01/21/2020 | $797.61 | 6494626000 | 02/24/2020 | $265.87 | 6580227000 |
| 03/25/2020 | $265.87 | 6661190000 | 05/01/2020 | $265.87 | 6748853000 |
| 05/13/2020 | $265.87 | 6786985000 | 06/19/2020 | $265.87 | 6877949000 |
| 07/21/2020 | $265.87 | 6954676000 | 08/27/2020 | $265.87 | 7040559000 |
| 09/29/2020 | $265.87 | 7117348000 | 10/28/2020 | $265.87 | 7188913000 |
| 11/24/2020 | $265.87 | 7255447000 | 12/31/2020 | $265.87 | 7340368000 |

**Total Receipts: $5,317.40  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,317.40**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | |
| | 03/16/2020 | $13.24 | 845,839 | 05/18/2020 | $6.62 | 849,569 |
| | 06/15/2020 | $6.28 | 851,252 | 09/21/2020 | $6.46 | 856,802 |
| | 11/16/2020 | $6.46 | 860,399 | 01/11/2021 | $6.45 | 863,897 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 07/15/2019 | $255.24 | 8,001,153 | 08/19/2019 | $255.24 | 8,001,194 |
| | 09/16/2019 | $255.24 | 8,001,237 | 10/21/2019 | $255.24 | 8,001,281 |
| | 11/18/2019 | $261.88 | 8,001,323 | 01/13/2020 | $248.73 | 8,001,404 |
| | 03/16/2020 | $746.20 | 8,001,481 | 04/20/2020 | $248.73 | 8,001,529 |
| | 05/18/2020 | $248.73 | 8,001,590 | 06/15/2020 | $472.28 | 8,001,647 |
| | 07/20/2020 | $242.70 | 8,001,710 | 09/21/2020 | $242.70 | 8,001,832 |
| | 10/19/2020 | $242.70 | 8,001,890 | 11/16/2020 | $242.70 | 8,001,946 |
| | 12/21/2020 | $242.71 | 8,002,005 | 01/11/2021 | $242.70 | 8,002,061 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 322.24 | TBD |

**Chapter 13 Case # 19-16709**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ACCOUNTS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | LVNV FUNDING LLC | UNSECURED | 698.51 | * | 0.00 | |
| 0005 | ONLINE INFORMATION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 229,618.65 | 100.00% | 0.00 | |
| 0012 | STATE OF NJ | SECURED | 3,953.36 | 100.00% | 0.00 | |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 4,816.13 | 100.00% | 4,703.72 | |
| 0014 | NEW JERSEY DIVISION OF TAXATION | SECURED | 0.00 | 100.00% | 0.00 | |
| 0015 | WESTLAKE - C/O PERITUS PORTFOLIO SE | VEHICLE SECURE | 85.00 | 100.00% | 0.00 | |
| 0016 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 449.05 | * | 0.00 | |
| 0017 | UNITED STATES TREASURY/IRS | UNSECURED | 812.98 | * | 0.00 | |
| 0018 | LVNV FUNDING LLC | UNSECURED | 4,417.12 | * | 0.00 | |
| 0019 | STATE OF NJ | PRIORITY | 47.00 | 100.00% | 45.51 | |
| 0020 | STATE OF NJ | UNSECURED | 867.02 | * | 0.00 | |

**Total Paid: $5,071.47**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $5,317.40    -    Paid to Claims: $4,749.23    -    Admin Costs Paid: $322.24    =    Funds on Hand: $245.93

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.