Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−16709−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lori Brunson
    aka Lori Brunson−Tracey
    12 Arverne Rd
    West Orange, NJ 07052−2602

Social Security No.:
    xxx−xx−7095

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 14, 2019.

On 07/02/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                August 5, 2021
Time:                08:30 AM
Location:            Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 2, 2021
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Case No. 19-16709-VFP

Lori Brunson

Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 02, 2021 | Form ID: 185 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lori Brunson, 12 Arverne Rd, West Orange, NJ 07052-2602 |
| 518159520 | | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 518159523 | | Phelan Hallinan & Diamond, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518159522 | | Phelan Hallinan & Diamond, 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 518199760 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, PO Box 281, Trenton, NJ 08695-0281 |
| 518159524 | | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518296139 | | The Bank of New York Mellon as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 02 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 02 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518159517 | | Email/Text: bankruptcy@usecapital.com | Jul 02 2021 20:18:00 | Capital Accounts, LLC, PO Box 140065, Nashville, TN 37214-0065 |
| 518245147 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 02 2021 20:34:32 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518159518 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 02 2021 20:24:06 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518199759 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2021 20:17:00 | Internal Revenue Service, 31 Hopkins Plz Rm 1150, Baltimore, MD 21201-2825 |
| 518285887 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2021 20:34:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518280242 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2021 20:24:00 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518159521 | | Email/Text: bankruptcy@onlineis.com | Jul 02 2021 20:17:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 518294753 | + | Email/Text: peritus@ebn.phinsolutions.com | Jul 02 2021 20:17:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 518159525 | | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 02 2021 20:17:00 | Westlake Financial Services, 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |

District/off: 0312-2                    User: admin                    Page 2 of 3
Date Rcvd: Jul 02, 2021                 Form ID: 185                   Total Noticed: 18
TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518200632 | | Mr. Brunson. |
| 518199755 | * | Capital Accounts, LLC, PO Box 140065, Nashville, TN 37214-0065 |
| 518199756 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518199757 | * | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 518199758 | * | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 518199761 | * | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 518199762 | * | Phelan Hallinan & Diamond, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518199763 | * | Phelan Hallinan & Diamond, 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 518623766 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 518199764 | * | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518199765 | * | Westlake Financial Services, 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |
| 518159519 | ## | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2006-11 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for The Bank of New York Mellon bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon  Inc. Asset-Backed Certificates, Series 2006-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor The Bank of New York Mellon  Inc. Asset-Backed Certificates, Series 2006-11 DMcDonough@flwlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven D. Pertuz | on behalf of Debtor Lori Brunson pertuzlaw@verizon.net  G16461@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                               User: admin                                    Page 3 of 3
Date Rcvd: Jul 02, 2021                        Form ID: 185                               Total Noticed: 18

TOTAL: 7