STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

Re:  LORI BRUNSON                                    Atty:  STEVEN D. PERTUZ, ESQ.
12 ARVERNE RD                                                111 NORTHFIELD AVE. STE 304
WEST ORANGE,  NJ  07052-2602                     WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 19-16709

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $15,952.20**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/16/2019 | $265.87 | 5865015000 | 06/17/2019 | $265.87 | 5942059000 |
| 07/25/2019 | $265.87 | 6038009000 | 08/27/2019 | $265.87 | 6125019000 |
| 09/23/2019 | $265.87 | 6192894000 | 12/11/2019 | $265.87 | 6396892000 |
| 01/21/2020 | $797.61 | 6494626000 | 02/24/2020 | $265.87 | 6580227000 |
| 03/25/2020 | $265.87 | 6661190000 | 05/01/2020 | $265.87 | 6748853000 |
| 05/13/2020 | $265.87 | 6786985000 | 06/19/2020 | $265.87 | 6877949000 |
| 07/21/2020 | $265.87 | 6954676000 | 08/27/2020 | $265.87 | 7040559000 |
| 09/29/2020 | $265.87 | 7117348000 | 10/28/2020 | $265.87 | 7188913000 |
| 11/24/2020 | $265.87 | 7255447000 | 12/31/2020 | $265.87 | 7340368000 |
| 01/27/2021 | $265.87 | 7407415000 | 03/03/2021 | $265.87 | 7497684000 |
| 03/30/2021 | $265.87 | 7560748000 | 04/29/2021 | $265.87 | 7629972000 |
| 06/02/2021 | $265.87 | 7707076000 | 06/28/2021 | $265.87 | 7766804000 |
| 07/30/2021 | $265.87 | 7841770000 | 08/23/2021 | $265.87 | 7894938000 |
| 09/28/2021 | $265.87 | 7974350000 | 11/01/2021 | $265.87 | 8049078000 |
| 11/29/2021 | $265.87 | 8107761000 | 12/30/2021 | $265.87 | 8175404000 |

**Total Receipts: $8,507.84  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $8,507.84**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 02/22/2021 | $129.75 | 864,265 | 03/15/2021 | $241.68 | 866,250 |
| | 04/19/2021 | $241.68 | 867,809 | 05/17/2021 | $241.68 | 869,770 |
| | 06/21/2021 | $241.68 | 871,528 | | | |

**Chapter 13 Case # 19-16709**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| STATE OF NJ | | | | | | | |
| | 03/16/2020 | $13.24 | 845,839 | | 05/18/2020 | $6.62 | 849,569 |
| | 06/15/2020 | $6.28 | 851,252 | | 09/21/2020 | $6.46 | 856,802 |
| | 11/16/2020 | $6.46 | 860,399 | | 01/11/2021 | $6.45 | 863,897 |
| | 02/22/2021 | $1.49 | 865,791 | | 03/15/2021 | $6.39 | 867,447 |
| | 05/17/2021 | $8.32 | 871,110 | | 07/19/2021 | $8.39 | 874,685 |
| | 08/16/2021 | $485.09 | 876,390 | | 09/20/2021 | $244.66 | 878,160 |
| | 10/18/2021 | $244.66 | 879,891 | | 11/17/2021 | $244.66 | 881,575 |
| | 12/13/2021 | $247.26 | 883,214 | | 01/10/2022 | $247.26 | 884,853 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 07/15/2019 | $255.24 | 8,001,153 | | 08/19/2019 | $255.24 | 8,001,194 |
| | 09/16/2019 | $255.24 | 8,001,237 | | 10/21/2019 | $255.24 | 8,001,281 |
| | 11/18/2019 | $261.88 | 8,001,323 | | 01/13/2020 | $248.73 | 8,001,404 |
| | 03/16/2020 | $746.20 | 8,001,481 | | 04/20/2020 | $248.73 | 8,001,529 |
| | 05/18/2020 | $248.73 | 8,001,590 | | 06/15/2020 | $472.28 | 8,001,647 |
| | 07/20/2020 | $242.70 | 8,001,710 | | 09/21/2020 | $242.70 | 8,001,832 |
| | 10/19/2020 | $242.70 | 8,001,890 | | 11/16/2020 | $242.70 | 8,001,946 |
| | 12/21/2020 | $242.71 | 8,002,005 | | 01/11/2021 | $242.70 | 8,002,061 |
| | 02/22/2021 | $112.41 | 8,002,118 | | | | |
| WESTLAKE - C/O PERITUS PORTFOLIO SERVICES | | | | | | | |
| | 08/16/2021 | $10.93 | 876,667 | | 09/20/2021 | $5.26 | 878,466 |
| | 10/18/2021 | $5.26 | 880,190 | | 11/17/2021 | $5.26 | 881,854 |
| | 12/13/2021 | $5.32 | 883,496 | | 01/10/2022 | $5.32 | 885,142 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 521.62 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ACCOUNTS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | LVNV FUNDING LLC | UNSECURED | 698.51 | * | 0.00 | |
| 0005 | ONLINE INFORMATION SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 1,096.47 | 100.00% | 1,096.47 | |
| 0012 | STATE OF NJ | SECURED | 3,953.36 | 100.00% | 1,736.69 | |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 4,816.13 | 100.00% | 4,816.13 | |
| 0014 | NEW JERSEY DIVISION OF TAXATION | SECURED | 0.00 | 100.00% | 0.00 | |
| 0015 | WESTLAKE - C/O PERITUS PORTFOLIO SE | VEHICLE SECURE | 85.00 | 100.00% | 37.35 | |
| 0016 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 449.05 | * | 0.00 | |
| 0017 | UNITED STATES TREASURY/IRS | UNSECURED | 812.98 | * | 0.00 | |
| 0018 | LVNV FUNDING LLC | UNSECURED | 4,417.12 | * | 0.00 | |
| 0019 | STATE OF NJ | PRIORITY | 47.00 | 100.00% | 47.00 | |
| 0020 | STATE OF NJ | UNSECURED | 867.02 | * | 0.00 | |

**Total Paid:  $8,255.26**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $8,507.84    -    Paid to Claims: $7,733.64    -    Admin Costs Paid: $521.62    =    Funds on Hand: $252.58

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.