Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−16709−VFP
                        Chapter: 7
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori Brunson
   aka Lori Brunson−Tracey
   12 Arverne Rd
   West Orange, NJ 07052−2602

Social Security No.:
   xxx−xx−7095

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I Rebecca Hernandez , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

12 Arverne Road, West Orange, NJ.


Dated: May 26, 2022
JAN: rh

                                                Jeanne Naughton
                                                Clerk