Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.: 19−16709−VFP
                                    Chapter: 7
                                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lori Brunson
   aka Lori Brunson−Tracey
   12 Arverne Rd
   West Orange, NJ 07052−2602

Social Security No.:
   xxx−xx−7095

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: June 10, 2022
JAN: dlr

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lori Brunson  
Debtor

Case No. 19-16709-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3  
Date Rcvd: Jun 10, 2022 Form ID: cscnodsc Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lori Brunson, 12 Arverne Rd, West Orange, NJ 07052-2602 |
| 518159519 | | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 518159520 | | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 518159523 | | Phelan Hallinan & Diamond, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518159522 | | Phelan Hallinan & Diamond, 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 518199760 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, PO Box 281, Trenton, NJ 08695-0281 |
| 518623766 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518159517 | | Email/Text: bankruptcy@usecapital.com | Jun 10 2022 20:39:00 | Capital Accounts, LLC, PO Box 140065, Nashville, TN 37214-0065 |
| 518245147 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 10 2022 20:40:43 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518159518 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2022 20:40:38 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518199759 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2022 20:38:00 | Internal Revenue Service, 31 Hopkins Plz Rm 1150, Baltimore, MD 21201-2825 |
| 518285887 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518280242 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:48 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518159521 | | Email/Text: bankruptcy@onlineis.com | Jun 10 2022 20:39:00 | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 518159524 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 10 2022 20:39:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518296139 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 10 2022 20:39:00 | The Bank of New York Mellon as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518294753 | + | Email/Text: peritus@ebn.phinsolutions.com | Jun 10 2022 20:39:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |

| 518159525 | | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 10 2022 20:38:00 | Westlake Financial Services, 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518200632 | | Mr. Brunson. |
| 518199755 | * | Capital Accounts, LLC, PO Box 140065, Nashville, TN 37214-0065 |
| 518199756 | * | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518199757 | * | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 518199758 | * | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 518199761 | * | Online Information Services, PO Box 1489, Winterville, NC 28590-1489 |
| 518199762 | * | Phelan Hallinan & Diamond, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 518199763 | * | Phelan Hallinan & Diamond, 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 518199764 | * | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518199765 | * | Westlake Financial Services, 4751 Wilshire Blvd Ste 100, Los Angeles, CA 90010-3847 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2006-11 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc. as servicing agent for The Bank of New York Mellon nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Charles M. Forman | cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Charles M. Forman | on behalf of Trustee Charles M. Forman cforman@formanlaw.com lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2006-11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2006-11 dmcdonough@flwlaw.com |
| Steven D. Pertuz | on behalf of Debtor Lori Brunson pertuzlaw@verizon.net G16461@notify.cincompass.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2022 | Form ID: cscnodsc | Total Noticed: 20 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8